IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| BRITTNEY WATT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No.: 4:15-CV-00119-SNLJ |
| v. ) | |
| ) | |
| COUNTY OF LINCOLN, MISSOURI, ) | |
| JOHN COTTLE, DAVID CURTIS, and ) | |
| LINCOLN COUNTY SHERIFF'S ) | |
| DEPARTMENT, ) | |
| ) | |
| Defendants. ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Brittney Watt, by and through counsel, and Defendants County of Lincoln, Missouri, John Cottle, David Curtis, and Lincoln County Sheriff's Department, by and through counsel, pursuant to Federal Rule of Civil Procedure 41, hereby stipulate and agree that the above-captioned matter is dismissed with prejudice with Plaintiff Brittney Watt to be responsible for and pay the costs and attorney fees incurred by her in this case and Defendants County of Lincoln, Missouri, John Cottle, David Curtis, and Lincoln County Sheriff's Department to be responsible for and pay the cost and attorney fees incurred by each of them in this case.

Respectfully submitted,

JAMES LAW GROUP, LLC

By:/s/ John D. James
    John D. James, #61070MO
    14 Richmond Center Court
    St. Peters, MO 63376
    Telephone: (636) 397-2411
    Facsimile: (636) 397-2799
    johnderekjames@gmail.com
    Attorney for Plaintiff Brittney Watt

PAULE, CAMAZINE & BLUMENTHAL, P.C.
*A Professional Corporation*


By:/s/ D. Keith Henson
    D. Keith Henson, #31988MO
    165 North Meramec Ave., Suite 110
    Clayton (St. Louis), MO  63105
    Telephone:  (314) 727-2266
    Facsimile:  (314) 727-2101
    khenson@pcblawfirm.com
    Attorney for Defendant County of Lincoln, Missouri, John Cottle, and Lincoln County Sheriff's Department


BROWN & JAMES, P.C.


By:/s/ Bradley R. Hansmann
    Bradley R. Hansmann, #53160MO
    800 Market Street, Suite 1100
    St. Louis, MO  63101-2501
    Telephone:  (314) 242-5370
    Facsimile:  (314) 242-5570
    bhansmann@bjpc.com
    Attorney for Defendant David Curtis