IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| BRITTNEY WATT, | ) |
| | ) |
| Plaintiff, | ) |
| | )   Case No.:   4:15-CV-00119-SNLJ |
| v. | ) |
| | ) |
| COUNTY OF LINCOLN, MISSOURI, | ) |
| JOHN COTTLE, DAVID CURTIS, and | ) |
| LINCOLN COUNTY SHERIFF'S | ) |
| DEPARTMENT, | ) |
| | ) |
| Defendants. | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Brittney Watt, by and through counsel, and Defendants County of Lincoln, Missouri, John Cottle, David Curtis, and Lincoln County Sheriff's Department, by and through counsel, pursuant to Federal Rule of Civil Procedure 41, hereby stipulate and agree that the above-captioned matter is dismissed with prejudice with Plaintiff Brittney Watt to be responsible for and pay the costs and attorney fees incurred by her in this case and Defendants County of Lincoln, Missouri, John Cottle, David Curtis, and Lincoln County Sheriff's Department to be responsible for and pay the cost and attorney fees incurred by each of them in this case.

Respectfully submitted,

JAMES LAW GROUP, LLC

By: /s/ John D. James
John D. James, #61070MO
14 Richmond Center Court
St. Peters, MO 63376
Telephone: (636) 397-2411
Facsimile: (636) 397-2799
johnderekjames@gmail.com
Attorney for Plaintiff Brittney Watt

PAULE, CAMAZINE & BLUMENTHAL, P.C.
*A Professional Corporation*

By: /s/ D. Keith Henson
D. Keith Henson, #31988MO
165 North Meramec Ave., Suite 110
Clayton (St. Louis), MO 63105
Telephone: (314) 727-2266
Facsimile: (314) 727-2101
khenson@pcblawfirm.com
Attorney for Defendant County of Lincoln, Missouri, John Cottle, and Lincoln County Sheriff's Department

BROWN & JAMES, P.C.

By: /s/ Bradley R. Hansmann
Bradley R. Hansmann, #53160MO
800 Market Street, Suite 1100
St. Louis, MO 63101-2501
Telephone: (314) 242-5370
Facsimile: (314) 242-5570
bhansmann@bjpc.com
Attorney for Defendant David Curtis

SO ORDERED this 10th day of September, 2015. _____
STEPHEN N. LIMBAUGH, JR.
UNITED STATES DISTRICT JUDGE